**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**RANDY YOUNG,**
    **Plaintiff,**

v.                                                 **Civil Action No. 2:23-cv-00764
Honorable Thomas E. Johnston**

**WESTERN-SOUTHERN AGENCY, INC.
a/k/a WESTERN & SOUTHERN
FINANCIAL GROUP, WESTERN-
SOUTHERN LIFE ASSURANCE
COMPANY a/k/a WESTERN &
SOUTHERN LIFE INSURANCE
COMPANY,**
    **Defendants.**

## AMENDED STIPULATION

NOW COMES the Plaintiff, Randy Young, by counsel, Charles R. Bailey and the law firm of Bailey & Wyant, PLLC and Western & Southern Agency, Inc. a/k/a Western & Southern Financial Group, Western-Southern Life Assurance Company a/k/a Western & Southern Life Insurance Company, by counsel, Joseph M. Ward and the law firm of Frost Brown & Todd LLP and hereby stipulate that counsel for Randy Young shall have until January 30, 2024 to file a response to Defendants' Motion to Dismiss and Defendant shall have until February 8, 2024 to file a reply to Plaintiff's Response to Defendants' Motion to Dismiss.

Entered this 26th day of January, 2024.

/s/ Charles R. Bailey
**Charles R. Bailey (WV Bar #0202)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T: 304.345.4222**

F: 304.343.3133
cbailey@baileywyant.com
*Counsel for Randy Young*


**/s/ Joseph M. Ward (w/permission)**
**Joseph M. Ward (WV Bar #9733)**
**Frost Brown Todd LLP**
**500 Virginia St. E, Ste 1100**
**Charleston, WV  25301-3204**
jward@fbtlaw.com
*Counsel for Western & Southern Agency, Inc.*

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**RANDY YOUNG,**

    **Plaintiff,**

**v.**                                                 **Civil Action No. 2:23-cv-00764**
                                                       **Honorable Thomas E. Johnston**

**WESTERN-SOUTHERN AGENCY, INC.**
**a/k/a WESTERN & SOUTHERN**
**FINANCIAL GROUP, WESTERN-**
**SOUTHERN LIFE ASSURANCE**
**COMPANY a/k/a WESTERN &**
**SOUTHERN LIFE INSURANCE**
**COMPANY,**

    **Defendants.**

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **"AMENDED STIPULATION"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, January 26, 2024:

Joseph M. Ward
Frost Brown Todd LLP
500 Virginia St. E, Ste 1100
Charleston, WV  25301-3204
*Attorney For: Western-Southern Agency, Inc.*

                                               **/s/ Charles R. Bailey**
                                               **Charles R. Bailey (WV Bar #0202)**
                                               **BAILEY & WYANT, PLLC**
                                               **500 Virginia Street, East, Suite 600**
                                               **Post Office Box 3710**
                                               **Charleston, West Virginia  25337-3710**
                                               **T: 304.345.4222**
                                               **F: 304.343.3133**
                                               cbailey@baileywyant.com
                                               *Counsel for Randy Young*