IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**RANDY YOUNG,**

    **Plaintiff,**

**v.**                                                   **Civil Action No. 2:23-cv-00764**
                                                                    **Honorable Thomas E. Johnston**

**WESTERN-SOUTHERN AGENCY, INC.**
**a/k/a WESTERN & SOUTHERN**
**FINANCIAL GROUP, WESTERN-**
**SOUTHERN LIFE ASSURANCE**
**COMPANY a/k/a WESTERN &**
**SOUTHERN LIFE INSURANCE**
**COMPANY,**

    **Defendants.**

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule of Civil Procedure 83.4(a), I, Logan C. Wagner, hereby withdrawal as additional counsel on behalf of Plaintiff Randy Young upon my acceptance of a temporary federal clerkship. In compliance with the above-stated rule, I certify that Charles R. Bailey, who has also appeared on behalf of the Plaintiff, along with the law firm of Bailey & Wyant, PLLC, will remain as counsel of record on behalf of the Plaintiff.

                                                                                      **Randy Young,**
                                                                                      **By Counsel,**

 */s/ Logan C. Wagner*
**Charles R. Bailey (WV Bar #0202)**
**Logan C. Wagner (WV Bar #14703)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**cbailey@baileywyant.com**
**lwagner@baileywyant.com**

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**RANDY YOUNG,**

    **Plaintiff,**

**v.**                                           **Civil Action No. 2:23-cv-00764
Honorable Thomas E. Johnston**

**WESTERN-SOUTHERN AGENCY, INC.
a/k/a WESTERN & SOUTHERN
FINANCIAL GROUP, WESTERN-
SOUTHERN LIFE ASSURANCE
COMPANY a/k/a WESTERN &
SOUTHERN LIFE INSURANCE
COMPANY,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **"Notice of Withdrawal of Counsel"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Tuesday, February 11, 2025:

Joseph M. Ward
Frost Brown Todd LLC
500 Virginia St. E, Ste 1100
Charleston, WV  25301-3204
Email Address: jward@fbtlaw.com
Attorney For: Western-Southern Agency, Inc.

                                                 */s/ Logan C. Wagner*
**Charles R. Bailey (WV Bar #0202)
Logan C. Wagner (WV Bar #14703)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: 304.345.4222
F: 304.343.3133
cbailey@baileywyant.com
lwagner@baileywyant.com**